No. 658. OLIVER v. UNITED STATES. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Wm. J. Hughes, Jr., George N. Murdock, Wm. E. Leahy,* and *Ed-*

*ward J. Callahan* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John H. McEvers* for the United States.